JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE WESTLEY,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>　　　　　Defendant. | Case No.  EDCV 08-1153 DTB<br><br>**J U D G M E N T** |

In accordance with the Order Affirming Decision of Commissioner filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is affirmed and this action is dismissed with prejudice.

DATED: September 16, 2009

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　DAVID T. BRISTOW
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE